**SAO**
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (Nevada Office)
Tele: (470) 832-6017
sean.kirby@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 (Corporate Office)

*Attorneys for Defendant Nationstar Mortgage LLC
and Rushmore Mortgage Servicing LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLIVER COMPLOT,<br><br>Plaintiff,<br><br>v.<br><br>RUSHMORE SERVICING LLC DOING BUSINESS AS NATIONSTAR MORTGAGE LLC, a foreign limited liability company<br><br>Defendant. | Case No. 2:24-cv-01918-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO AMEND COMPLAINT** |

Plaintiff Oliver Complot ("**Complot"**) and Defendants NATIONSTAR MORTGAGE LLC DBA "MR. COOPER"), a Delaware limited liability company (erroneously named as "Rushmore Servicing LLC Doing Business as Nationstar Mortgage LLC") ("Nationstar") hereby submit this Stipulation to extend the deadline for Plaintiff to file his First Amended Complaint to November 14, 2024.

1. On October 15, 2024, Nationstar filed its Notice of Removal.
2. The deadline for Plaintiff to file an amended complaint without leave is November 5, 2024.
3. On October 24, 2024, Nationstar filed its Motion for a More Definite Statement.

The parties' specific stipulations are as follows:

Page 1

1.     Plaintiff agrees to amend his Complaint.

2.     That the deadline for Plaintiff to amend his Complaint, currently set for November 5, 2024, should be extended to November 14, 2024.

3.     That this Stipulation and Order obviates the need for the Court to rule on Nationstar's Motion for a More Definite Statement.

| DATED this 31 day of October 2024 | DATED this 31 day of October 2024 |
|---|---|
| **OLIVER COMPLOT** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Oliver Complot*<br>Oliver Complot<br>P.O. Box 1704<br>Buckeye, Arizona, 85326<br><br>*Pro Se Plaintiff* | */s/ Sean B. Kirby*<br>Sean B. Kirby, Esq.<br>Nevada Bar No. 14224<br>8985 S. Eastern Ave., Ste. 200,<br>Las Vegas, NV 89123 (*Nevada Office*)<br><br>*Attorneys for Defendant Nationstar Mortgage LLC and Rushmore Mortgage Servicing LLC* |

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall have until November 14, 2024, to file his First Amended Complaint.

IT IS HEREBY FURTHER ORDERED that Plaintiff's filing of an Amended Complaint by November 14, 2024, will render Plaintiff's Motion for a More Definite Statement moot.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 1, 2024

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Sean B. Kirby
Sean B. Kirby, Esq.
Nevada Bar No. 14224
8985 S. Eastern Ave., Ste. 200,
Las Vegas, NV 89123 (*Nevada Office*)

*Attorneys for Defendant Nationstar Mortgage LLC and Rushmore Mortgage Servicing LLC*