**LEACH KERN GRUCHOW SONG**
KIRBY C. GRUCHOW, JR., ESQ.
Nevada Bar No. 6663
kgruchow@lkglawfirm.com
RYAN D, HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant Leach Kern Gruchow Song*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLIVER COMPLOT,<br><br>  Plaintiff,<br><br>vs.<br><br>RUSHMORE SERVICING LLC DOING BUSINESS FOR NATIONSTAR MORTGAGE LLC; LEACH KERN GRUCHOW SONG, LTD,<br><br>  Defendants. | Case No. 2:24-cv-01918-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LEACH KERN GRUCHOW SONG TO RESPOND TO SECOND AMENDED COMPLAINT [Dkt. 19]** |

The parties hereby stipulate that the date which Defendant, Leach Kern Gruchow Song may file its response to the Second Amended Complaint [Dkt. 19] be extended to February 28, 2024.

This request is not made to prejudice any party or delay the case.

DATED this 13th day of February, 2024        DATED this 13th day of February, 2024

LEACH KERN GRUCHOW SONG

*/s/ Ryan D. Hastings*                           */s/ Oliver Complot*
KIRBY C. GRUCHOW, JR., ESQ.                      OLIVER COMPLOT
Nevada Bar No. 6663                              PO BOX 1704
kgruchow@lkglawfirm.com                          Buckeye, Arizona  85326
RYAN D, HASTINGS                                 ComplotCourt@gmail.com
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128

/ / /

1  IT IS THEREFORE ORDERED that ECF No. 34 is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 18, 2025

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), the undersigned, an employee of LEACH KERN GRUCHOW SONG, hereby certifies that on this 13TH day of February, 2024, I served a true and correct copy of the foregoing, **STIPULATION AND ORDER TO EXTEND DEADLINE FOR LEACH KERN GRUCHOW SONG TO RESPOND TO SECOND AMENDED COMPLAINT [19]** to all parties via CM/ECF.

Oliver Complot, Plaintiff Pro Per
P.O. Box 1704
Buckeye, Arizona  85326
ComplotCourt@gmail.com

Holly Cheong, Esq.
Troutman Pepper Locke LLP
Two California Plaza
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
holly.cheong@troutman.com

*Attorneys for Rushmore Servicing LLC doing business for Nationstar Mortgage LLC*

Sean Bair Kirby, Esq.
Troutman Pepper Locke LLP
8985 S. Eastern Ave.,
Ste 200
Las Vegas, NV 89123
sean.kirby@troutman.com

*Attorneys for Rushmore Servicing LLC doing business for Nationstar Mortgage LLC*

　　　　　/s/Bonnie Cibura　　　　　
An employee of LEACH KERN GRUCHOW SONG