**LEACH KERN GRUCHOW SONG**
KIRBY C. GRUCHOW, JR., ESQ.
Nevada Bar No. 6663
kgruchow@lkglawfirm.com
RYAN D, HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:    (702) 538-9074
Facsimile:     (702) 538-9113
*Attorneys for Defendant Leach Kern Gruchow Song*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLIVER COMPLOT,<br><br>            Plaintiff,<br><br>vs.<br><br>RUSHMORE SERVICING LLC DOING BUSINESS FOR NATIONSTAR MORTGAGE LLC; LEACH KERN GRUCHOW SONG, LTD,<br><br>            Defendants. | Case No. 2:24-cv-01918-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS LEACH KERN GRUCHOW SONG** |

The parties hereby stipulate that Defendant, Leach Kern Gruchow Song is hereby dismissed from the instant action with prejudice.

DATED this 9th day of June, 2025          DATED this 9th day of June, 2025

LEACH KERN GRUCHOW SONG

*/s/ Ryan D. Hastings*
KIRBY C. GRUCHOW, JR., ESQ.
Nevada Bar No. 6663
kgruchow@lkglawfirm.com
RYAN D, HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*[signature: Oliver Complot]*
OLIVER COMPLOT
PO BOX 1704
Buckeye, Arizona 85326
ComplotCourt@gmail.com

/ / /

/ / /

/ / /

1  IT IS SO ORDERED that Leach Kern Gruchow is hereby dismissed from Case No. 2:24-cv-01918-JCM-BNW.

_____
UNITED STATES DISTRICT COURT

DATED: June 11, 2025

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), the undersigned, an employee of LEACH KERN GRUCHOW SONG, hereby certifies that on this _____ day of May, 2025, I served a true and correct copy of the foregoing, **STIPULATION AND ORDER TO DISMISS** to all parties via CM/ECF.

Oliver Complot, Plaintiff Pro Per
P.O. Box 1704
Buckeye, Arizona  85326
ComplotCourt@gmail.com

Holly Cheong, Esq.
Troutman Pepper Locke LLP
Two California Plaza
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
holly.cheong@troutman.com

*Attorneys for Rushmore Servicing LLC doing business for Nationstar Mortgage LLC*

Sean Bair Kirby, Esq.
Troutman Pepper Locke LLP
8985 S. Eastern Ave.,
Ste 200
Las Vegas, NV 89123
sean.kirby@troutman.com

*Attorneys for Rushmore Servicing LLC doing business for Nationstar Mortgage LLC*

      /s/Bonnie Cibura
An employee of LEACH KERN GRUCHOW SONG