# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OLIVER COMPLOT,<br><br>    Plaintiff(s),<br><br>v.<br><br>RUSHMORE SERVICING LLC et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01918-JCM-NJK<br><br>**Order**<br><br>[Docket No. 49] |

Pending before the Court is Defendant's unopposed motion to stay discovery pending resolution of its motion to dismiss. Docket No. 49.

The parties held their Rule 26(f) conference more than six months ago on December 19, 2024, Docket No. 20 at 1, at which time they were free to engage in discovery, *see* Fed. R. Civ. P. 26(d)(1). The pending motion to dismiss on which the current request relies was filed shortly thereafter on January 7, 2025. *See* Docket No. 28. At this point, there are two months remaining in the discovery period. *See* Docket No. 41.

While the instant motion correctly addresses the case law employing the preliminary peek framework, it does not also address the cases finding it contrary to the objectives in Rule 1 to stay discovery in the twilight of the discovery period. *See, e.g.*, *JoshCo Tech., LLC v. MJJ&L Holdings, LLC*, 2020 WL 8254262, at *1-2 (D. Nev. Sept. 2, 2020).

Accordingly, the motion to stay discovery is DENIED without prejudice.

IT IS SO ORDERED.

Dated: June 27, 2025

                                                                _____<br>
                                                                Nancy J. Koppe<br>
                                                                United States Magistrate Judge